# Order

Michigan Supreme Court
Lansing, Michigan

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

142060

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DEBRA PATE, JEFFREY PATE,
PAUL ANDERSON, TANYA THOMAS,
Individually, and as next friend for her minor
children, JAKOB HEFFNER, CALEB
HEFFNER, MICHAEL THOMAS, JAMIE
ANDERSON, individually, and as next friend
for her minor children, KIANNA CAIN and
RIMICK CAIN, and BRIAN HORD
            Plaintiffs-Appellees,

v

ALEXANDER S. JUDY, M.D., and
MARQUETTE GENERAL HOSPITAL, INC.,
d/b/a/ MARQUETTE MEDICAL CLINIC,
            Defendants-Appellants.

SC: 142060
COA: 297273
Dickinson CC: 09-015862-NH

_____/

On order of the Court, the application for leave to appeal the August 23, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

Clerk

h0418